**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**FILED**

December 6, 2017

Lyle W. Cayce
Clerk

No. 17-60111
Summary Calendar

———————

GREEN TREE SERVICING, L.L.C.; WALTER INVESTMENT
MANAGEMENT CORPORATION; BEST INSURORS, INCORPORATED;
MID STATE CAPITAL, L.L.C.; MID STATE TRUST II; MID STATE TRUST
III; MID STATE TRUST IV; MID STATE TRUST V; MID STATE TRUST VI;
MID STATE TRUST VII; MID STATE TRUST VIII; MID STATE TRUST IX;
MID STATE TRUST X; MID STATE TRUST XI; WILMINGTON TRUST
COMPANY; MID-STATE CAPITAL CORPORATION 2004-1 TRUST; MID-
STATE CAPITAL CORPORATION 2005-1 TRUST; MID-STATE CAPITAL
CORPORATION 2006-1 TRUST; MID-STATE CAPITAL TRUST 2010-1,

   Plaintiffs - Appellees

v.

ALICIA FLOYD; WILLIAM FLOYD,

   Defendants - Appellants

————————————

Appeal from the United States District Court
for the Southern District of Mississippi

————————————

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

No. 17-60111

PER CURIAM:*

This appeal is dismissed for want of jurisdiction based upon binding precedent in a virtually identical case. *Green Tree Servicing, L.L.C. v. Anthony Charles*, 872 F.3d 637 (5th Cir. 2017).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.